IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HELENA ROSE TEASLEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. CIV-04-891-C |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant ) | |

MEMORANDUM OPINION AND ORDER

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on April 20, 2005. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted in its entirety, and this matter is reversed and remanded to the Commissioner for further administrative proceedings. A judgment shall enter accordingly.

IT IS SO ORDERED this 24th day of May, 2005.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge